UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (8) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WILLIE BELLAMY, JR., | |
| Defendant. | |

_____

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Jeffrey C. DeGree, **DEGREE LAW OFFICE,** 550 Lake Calhoun Center, 3033 Excelsior Boulevard, Minneapolis, MN 55416, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Suppression of Evidence Obtained by Electronic Surveillance, [Docket No. 746], is **DENIED**.

2. Defendant's Motion to Sever, [Docket No. 748], is **DENIED** without prejudice.

Dated: February 26, 2016  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court